# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS
### BENTON DIVISION

| | | |
|---|---|---|
| In re: AEROTAXI, LLC | § | Case No. 09-41505 |
| | § | |
| AEROFLITE SALES & CHARTER | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Cynthia A Hagan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $247,529.84        Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,660.69        Claims Discharged
                                                  Without Payment: N/A

Total Expenses of Administration: $3,649.04

---

3) Total gross receipts of $ 19,309.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,309.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $119,468.19 | $55,897.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,649.04 | 3,649.04 | 3,649.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 304.00 | 8,879.74 | 5,483.33 | 5,483.33 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,387,176.51 | 89,988.62 | 72,104.31 | 10,177.36 |
| **TOTAL DISBURSEMENTS** | $2,506,948.70 | $158,414.90 | $81,236.68 | $19,309.73 |

4) This case was originally filed under Chapter 7 on September 11, 2009. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2014          By: /s/Cynthia A Hagan
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference to Bank of Herrin | 1249-000 | 19,259.71 |
| Bank of America credit card refund | 1229-000 | 47.88 |
| Interest Income | 1270-000 | 2.14 |
| **TOTAL GROSS RECEIPTS** | | **$19,309.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | MidCountry Bank | 4210-000 | 119,468.19 | 55,897.50 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$119,468.19** | **$55,897.50** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cynthia A Hagan | 2100-000 | N/A | 2,680.97 | 2,680.97 | 2,680.97 |
| Cynthia A Hagan | 2200-000 | N/A | 116.21 | 116.21 | 116.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.03 | 37.03 | 37.03 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 43.57 | 43.57 | 43.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.51 | 39.51 | 39.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.11 | 38.11 | 38.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.97 | 41.97 | 41.97 |
| Cynthia A. Hagan, Trustee | 2300-000 | N/A | 17.64 | 17.64 | 17.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.23 | 39.23 | 39.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.65 | 41.65 | 41.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.65 | 37.65 | 37.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.87 | 38.87 | 38.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.50 | 37.50 | 37.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.59 | 42.59 | 42.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.34 | 37.34 | 37.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.12 | 41.12 | 41.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.75 | 39.75 | 39.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.83 | 35.83 | 35.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.15 | 42.15 | 42.15 |
| Cynthia A. Hagan, Trustee | 2300-000 | N/A | 17.86 | 17.86 | 17.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.21 | 38.21 | 38.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.84 | 36.84 | 36.84 |
| Rabobank, N.A. | 2600-000 | N/A | 28.47 | 28.47 | 28.47 |
| Rabobank, N.A. | 2600-000 | N/A | 24.88 | 24.88 | 24.88 |
| Rabobank, N.A. | 2600-000 | N/A | 25.73 | 25.73 | 25.73 |
| Rabobank, N.A. | 2600-000 | N/A | 28.36 | 28.36 | 28.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,649.04 | $3,649.04 | $3,649.04 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Illinois Department of Revenue | 5800-000 | 0.00 | 3,396.41 | 0.00 | 0.00 |
| 3P-2 | Illinois Department of Revenue | 5800-000 | 0.00 | 3,396.41 | 3,396.41 | 3,396.41 |
| 6 | Illinois Department of Employment Security | 5800-000 | N/A | 2,086.92 | 2,086.92 | 2,086.92 |
| NOTFILED | AUDRA POORE | 5200-000 | 134.00 | N/A | N/A | 0.00 |
| NOTFILED | MARBLE H JOINER | 5200-000 | 170.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$304.00** | **$8,879.74** | **$5,483.33** | **$5,483.33** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Blue Sky Vineyard | 7100-000 | 2,077.60 | 2,382.62 | 2,382.62 | 336.30 |
| 2 | Vicki Joplin | 7100-000 | N/A | 4,772.42 | 4,772.42 | 673.62 |
| 3U | Illinois Department of Revenue | 7100-000 | N/A | 270.47 | 0.00 | 0.00 |
| 3U-2 | Illinois Department of Revenue | 7100-000 | N/A | 270.47 | 270.47 | 38.18 |
| 4 | Illinois Department of Revenue | 7100-000 | 0.00 | 1,881.40 | 0.00 | 0.00 |
| 5 | Illinois Department of Revenue | 7100-000 | 0.00 | 345.66 | 0.00 | 0.00 |
| 5 -2 | Illinois Department of Revenue | 7100-000 | 0.00 | 345.66 | 0.00 | 0.00 |
| 8 | Menard, Inc | 7100-000 | N/A | 12,657.50 | 0.00 | 0.00 |
| 8 -2 | Menard, Inc | 7100-000 | N/A | 12,657.50 | 12,657.50 | 1,786.58 |
| 9 | AERO Aviation Co | 7100-000 | 3,714.94 | 3,810.17 | 3,810.17 | 537.80 |
| 10 | Blue Sky Vineyards LLC | 7100-000 | N/A | 2,383.62 | 0.00 | 0.00 |
| 11 | Winters, Brewster, Crosby, and Schafer, LLC | 7100-000 | 3,573.00 | 220.00 | 220.00 | 31.05 |
| 12 | Universal Avionics Systems Corp | 7100-000 | 888.00 | 888.00 | 888.00 | 125.34 |
| 13 | Pawnee Leasing Corporation | 7100-000 | unknown | 9,229.52 | 9,229.52 | 1,302.72 |
| 14 | Bank of Herrin | 7100-000 | N/A | 37,873.61 | 37,873.61 | 5,345.77 |
| NOTFILED | MCFARLAN | 7100-000 | 236.65 | N/A | N/A | 0.00 |
| NOTFILED | HEPPESEN SANDERSON | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | NORTHWESTERN MUTUAL | 7100-000 | 1,314.16 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | NAPA AUTO PARTS | 7100-000 | 387.19 | N/A | N/A | 0.00 |
| NOTFILED | FOX'S | 7100-000 | 2,194.56 | N/A | N/A | 0.00 |
| NOTFILED | CUNNINGHAM INVESTMENTS | 7100-000 | 560,780.00 | N/A | N/A | 0.00 |
| NOTFILED | CONCEPTE OF ILLINOIS, INC. | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | DEPARTMENT OF TRANSPORTATION | 7100-000 | 11.25 | N/A | N/A | 0.00 |
| NOTFILED | DOUG'S LOCK AND KEY SERVICE | 7100-000 | 21.70 | N/A | N/A | 0.00 |
| NOTFILED | DIRECT TV | 7100-000 | 97.98 | N/A | N/A | 0.00 |
| NOTFILED | HP PRODUCTS | 7100-000 | 61.90 | N/A | N/A | 0.00 |
| NOTFILED | FLIGHT SAFETY | 7100-000 | 13,350.00 | N/A | N/A | 0.00 |
| NOTFILED | JAN'S TASTE OF HOME CATERING SERVICE | 7100-000 | 117.70 | N/A | N/A | 0.00 |
| NOTFILED | OWL CREEK VINEYARD | 7100-000 | 122.88 | N/A | N/A | 0.00 |
| NOTFILED | WASHINGTON MUTUAL | 7100-000 | 687.18 | N/A | N/A | 0.00 |
| NOTFILED | TIFFIN AIRE, INC. | 7100-000 | 9,226.90 | N/A | N/A | 0.00 |
| NOTFILED | WINNELSON PLUMBING SUPPLY | 7100-000 | 322.17 | N/A | N/A | 0.00 |
| NOTFILED | WILLIAMSON COUNTY AIRPORT AUTHORITY | 7100-000 | 7,714.21 | N/A | N/A | 0.00 |
| NOTFILED | THOMASON TRANSPORTATION | 7100-000 | 824.18 | N/A | N/A | 0.00 |
| NOTFILED | ZEP | 7100-000 | 239.72 | N/A | N/A | 0.00 |
| NOTFILED | STEELWATER SOLUTIONS | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | THE TRAVELERS INSURANCE | 7100-000 | 4,005.00 | N/A | N/A | 0.00 |
| NOTFILED | RON COLLINS AVIATION ELECTRONICS | 7100-000 | 59.57 | N/A | N/A | 0.00 |
| NOTFILED | RAINWATER PURE WATER, INC. | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | SOUTHERN ILLINOIS WINGS OF CHARITY | 7100-000 | 1,096.13 | N/A | N/A | 0.00 |
| NOTFILED | SCHLAGER ADVERTISING | 7100-000 | 177.04 | N/A | N/A | 0.00 |
| NOTFILED | CHEVRON GLOBAL AVIATION | 7100-000 | 25,279.60 | N/A | N/A | 0.00 |
| NOTFILED | STARMARK | 7100-000 | 973.89 | N/A | N/A | 0.00 |
| NOTFILED | BOMBARDIER CAPITAL INC. | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | CAVCO PRINTING | 7100-000 | 332.17 | N/A | N/A | 0.00 |
| NOTFILED | AEROSPACE WELDING MINNEAPOLIS, INC. | 7100-000 | 535.80 | N/A | N/A | 0.00 |
| NOTFILED | AEROSPACE WELDING MINNEAPOLIS, INC. | 7100-000 | 535.80 | N/A | N/A | 0.00 |
| NOTFILED | BOB GULLEDGE | 7100-000 | 90,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BURCH COFFEE SERVICE | 7100-000 | 89.85 | N/A | N/A | 0.00 |
| NOTFILED | BEUCO, INC. | 7100-000 | 59.13 | N/A | N/A | 0.00 |
| NOTFILED | BUSINESS AIRCRAFT CONSUMABLES | 7100-000 | 55.70 | N/A | N/A | 0.00 |
| NOTFILED | AVIALL SERVICES, INC. | 7100-000 | 4,362.37 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | AVANTEXT | 7100-000 | 7,487.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | AFLAC | 7100-000 | 177.51 | N/A | N/A | 0.00 |
| NOTFILED | AEROSTAR WORLD, INC. | 7100-000 | 4,134.38 | N/A | N/A | 0.00 |
| NOTFILED | AIR CO OF TEXAS | 7100-000 | 810.58 | N/A | N/A | 0.00 |
| NOTFILED | AIRCRAFT SPECIALTIES SERVICES | 7100-000 | 579.55 | N/A | N/A | 0.00 |
| NOTFILED | AIRCRAFT TECHNICAL PUBLISHERS | 7100-000 | 2,105.00 | N/A | N/A | 0.00 |
| NOTFILED | CHEVRON CREDIT CARD | 7100-900 | 1,625,793.50 | N/A | N/A | 0.00 |
| NOTFILED | CITIFINANCIAL | 7100-900 | 9,768.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE CARD SERVICES | 7100-900 | 1.07 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,387,176.51 | $89,988.62 | $72,104.31 | $10,177.36 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-41505  
**Case Name:** AEROTAXI, LLC  

**Period Ending:** 01/13/14

**Trustee:** (330440) Cynthia A Hagan  
**Filed (f) or Converted (c):** 09/11/09 (f)  
**§341(a) Meeting Date:** 10/23/09  
**Claims Bar Date:** 04/11/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Farmers State Bank - operating account amount unknown - bank will not provide bank statement | Unknown | 0.00 | | 0.00 | FA |
| 2 | Fifth Third Bank - operating account X9465 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Fifth Third Bank, Marion, IL - operating account #9457 - statement shows balance of $45,506.87. Fifth Third Bank set off balance - there were outstanding checks on this account, also subject to cashier's checks taken out on 9/11/09 | 45,506.87 | 0.00 | | 0.00 | FA |
| 4 | Herrin Security Bank - operating account x7009, Herrin Security Bank set-off balance | 10,728.82 | 0.00 | | 0.00 | FA |
| 5 | Northwestern Mutual - $500,000.00 life ins. policy on Bob Gulledge (term ins.) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Accounts receivable - see list attached | 56,794.15 | 0.00 | | 0.00 | FA |
| 7 | Pending lawsuit with Region Air for equipment to be turned over to debtor (settlement pending) | Unknown | Unknown | | 0.00 | FA |
| 8 | Pending refund from workers comp., liability and vehicle insurance | Unknown | Unknown | | 0.00 | FA |
| 9 | FAA Charter Certificate | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1946 Air Coup 415-C, fixed wing single engine (disassembled - in pieces) | 7,500.00 | 0.00 | | 0.00 | FA |
| 11 | 1977 Piper PA-28-161, fixed wing single engine (Bob Gulledge personal 1956 Beech G35 also pledged as collateral) | 9,000.00 | 0.00 | | 0.00 | FA |
| 12 | Cessna 150J - standard 1968 Fixed Wing Single Engine | 18,000.00 | 0.00 | | 0.00 | FA |
| 13 | Smith Aerostar 601P, fixed wing multi engine | 100,000.00 | 0.00 | | 0.00 | FA |
| 14 | 4 desk computers, copy machine, 3 printers, large table, medium table, 2 credit card machines, coffee maker, 2 microwaves, 20 chairs, 4 filing cabinets, 3 office desks, 5 sotrage cabinets, 2 white tables | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-41505  
**Case Name:** AEROTAXI, LLC  

**Period Ending:** 01/13/14  

**Trustee:** (330440)  Cynthia A Hagan  
**Filed (f) or Converted (c):** 09/11/09 (f)  
**§341(a) Meeting Date:** 10/23/09  
**Claims Bar Date:** 04/11/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 15 | Air compressor, electric GPU, tug, nitrogen/oxygen cart, 6 jack stand sets, hydraulic jack, engine stand, 3 battery chargers, spark plug tester, bose radio, 2 creepers, 4 shelving units, golf cart (4 passenger), scale, prop balancer, ship smith, parts washer, sand blaser, drill press, aircraft heater, lavatory cart, 2 shot lights, 2 tire gauge sets, torque wrench, 3 tow bars, 5 tow bar heads, cooking grill, avgas tank & cart, metal break, hydraulic stand, 6 misc. tables/benches, service cart, cable tentiometer, sniffer, fire proof cabinet, large fan. | Unknown | 0.00 | | 0.00 | FA |
| 16 | Fuel on hand; Jet A-8,000 gallons; AV gas-1,800 gallons | Unknown | 0.00 | | 0.00 | FA |
| 17 | Oil (2 cases), grease, deicer, etc. | Unknown | 0.00 | | 0.00 | FA |
| 18 | 3 leases/agreements with Williamson County Airport Authority for fuel flowage, hanger aircraft movement and fixed based operator | Unknown | 0.00 | | 0.00 | FA |
| 19 | Preference to Bank of Herrin  (u) | Unknown | 19,259.71 | | 19,259.71 | FA |
| 20 | Bank of America credit card refund  (u) | Unknown | 47.88 | | 47.88 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.14 | FA |
| 21 | **Assets    Totals** (Excluding unknown values) | **$247,529.84** | **$19,307.59** | | **$19,309.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    May 16, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-41505  
**Case Name:** AEROTAXI, LLC  

**Taxpayer ID #:** **-***6329  
**Period Ending:** 01/13/14  

**Trustee:** Cynthia A Hagan (330440)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******37-65 - Checking Account  
**Blanket Bond:** $69,146,203.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/10 | {19} | Craig Reeves | Payment of preference from Bank of Herrin | 1249-000 | 19,259.71 | | 19,259.71 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 19,259.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,259.99 |
| 02/02/11 | {20} | Bank of America | Refund of Bank of America credit card | 1229-000 | 47.88 | | 19,307.87 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 19,308.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,308.17 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,308.32 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,308.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,308.63 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,308.79 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.03 | 19,271.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,271.92 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.89 | 19,227.03 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.32 | 19,228.35 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,228.50 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.51 | 19,188.99 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,189.15 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.11 | 19,151.04 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,151.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.97 | 19,109.22 |
| 12/01/11 | 1001 | Cynthia A. Hagan, Trustee | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 11/03/2011 FOR CASE #09-41505, Bond Premium Reimbursement as of 11/3/11 | 2300-000 | | 17.64 | 19,091.58 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,091.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.23 | 19,052.51 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,052.67 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.65 | 19,011.02 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.65 | 18,973.37 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.87 | 18,934.50 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.50 | 18,897.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.59 | 18,854.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.34 | 18,817.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.12 | 18,775.95 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.75 | 18,736.20 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.83 | 18,700.37 |

Subtotals :   $19,309.73   $609.36

{} Asset reference(s)   Printed: 01/13/2014 11:20 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-41505  
**Case Name:** AEROTAXI, LLC  
**Taxpayer ID #:** **-***6329  
**Period Ending:** 01/13/14

**Trustee:** Cynthia A Hagan (330440)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******37-65 - Checking Account  
**Blanket Bond:** $69,146,203.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.15 | 18,658.22 |
| 11/05/12 | 1002 | Cynthia A. Hagan, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/03/2012 FOR CASE #09-41505, Reimbursement for Blanket Bond #016028270  Term 11/3/12 to11/3/13 | 2300-000 | | 17.86 | 18,640.36 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.21 | 18,602.15 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.84 | 18,565.31 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033044088 20130103 | 9999-000 | | 18,565.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,309.73 | 19,309.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 18,565.31 | |
| | | | Subtotal | | 19,309.73 | 744.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $19,309.73 | $744.42 | |

{} Asset reference(s)

Printed: 01/13/2014 11:20 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-41505 | Trustee: | Cynthia A Hagan (330440) |
|---|---|---|---|
| Case Name: | AEROTAXI, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******1965 - Checking Account |
| Taxpayer ID #: | **-***6329 | Blanket Bond: | $69,146,203.00   (per case limit) |
| Period Ending: | 01/13/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 18,565.31 | | 18,565.31 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.47 | 18,536.84 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.88 | 18,511.96 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.73 | 18,486.23 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.36 | 18,457.87 |
| 08/28/13 | 11003 | Illinois Department of Employment Security | Dividend paid 100.00% on $2,086.92; Claim# 6; Filed: $2,086.92; Reference: | 5800-000 | | 2,086.92 | 16,370.95 |
| 08/28/13 | 11004 | Blue Sky Vineyard | Dividend paid 14.11% on $2,382.62; Claim# 1; Filed: $2,382.62; Reference: | 7100-000 | | 336.30 | 16,034.65 |
| 08/28/13 | 11005 | Vicki Joplin | Dividend paid 14.11% on $4,772.42; Claim# 2; Filed: $4,772.42; Reference: | 7100-000 | | 673.62 | 15,361.03 |
| 08/28/13 | 11006 | Menard, Inc | Dividend paid 14.11% on $12,657.50; Claim# 8 -2; Filed: $12,657.50; Reference: | 7100-000 | | 1,786.58 | 13,574.45 |
| 08/28/13 | 11007 | AERO Aviation Co | Dividend paid 14.11% on $3,810.17; Claim# 9; Filed: $3,810.17; Reference: | 7100-000 | | 537.80 | 13,036.65 |
| 08/28/13 | 11008 | Winters, Brewster, Crosby, and Schafer, LLC | Dividend paid 14.11% on $220.00; Claim# 11; Filed: $220.00; Reference: | 7100-000 | | 31.05 | 13,005.60 |
| 08/28/13 | 11009 | Universal Avionics Systems Corp | Dividend paid 14.11% on $888.00; Claim# 12; Filed: $888.00; Reference: | 7100-000 | | 125.34 | 12,880.26 |
| 08/28/13 | 11010 | Pawnee Leasing Corporation | Dividend paid 14.11% on $9,229.52; Claim# 13; Filed: $9,229.52; Reference: | 7100-000 | | 1,302.72 | 11,577.54 |
| 08/28/13 | 11011 | Bank of Herrin | Dividend paid 14.11% on $37,873.61; Claim# 14; Filed: $37,873.61; Reference: | 7100-000 | | 5,345.77 | 6,231.77 |
| 08/28/13 | 11012 | Cynthia A Hagan | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,797.18 | 3,434.59 |
| | | | Dividend paid 100.00%    2,680.97 on $2,680.97;  Claim# ; Filed: $2,680.97 | 2100-000 | | | 3,434.59 |
| | | | Dividend paid 100.00%    116.21 on $116.21;  Claim# ; Filed: $116.21 | 2200-000 | | | 3,434.59 |
| 08/28/13 | 11013 | Illinois Department of Revenue | Combined Check for Claims#3U-2,3P-2 | | | 3,434.59 | 0.00 |
| | | | Dividend paid 14.11%    38.18 on $270.47;  Claim# 3U-2; Filed: $270.47 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    3,396.41 on $3,396.41;  Claim# | 5800-000 | | | 0.00 |

Subtotals :                    $18,565.31          $18,565.31

{} Asset reference(s)                                                                                                                       Printed: 01/13/2014 11:20 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-41505 | | **Trustee:** | Cynthia A Hagan (330440) |
|---|---|---|---|---|
| **Case Name:** | AEROTAXI, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******1965 - Checking Account |
| **Taxpayer ID #:** | **-***6329 | | **Blanket Bond:** | $69,146,203.00   (per case limit) |
| **Period Ending:** | 01/13/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 3P-2; Filed: $3,396.41 | | | | |
| | | | **ACCOUNT TOTALS** | | 18,565.31 | 18,565.31 | $0.00 |
| | | | Less: Bank Transfers | | 18,565.31 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 18,565.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$18,565.31** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ****-******37-65** | | 19,309.73 | 744.42 | 0.00 |
| **Checking # ******1965** | | 0.00 | 18,565.31 | 0.00 |
| | | **$19,309.73** | **$19,309.73** | **$0.00** |